FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/4/2015 10:43:56 AM
LISA MATZ
Clerk

June 4, 2015

Lisa Matz
Clerk of the Court
Court of Appeals
Fifth District of Texas at Dallas
600 Commerce Street, Suite 200
Dallas, Texas 75202

RE:    *DONALD L. WISE V. VONDA LEA MITCHELL*
       Court of Appeals Number 05-15-00610-CV
       Trial Court Cause Number PR-14-03556-2

Dear Ms. Matz:

    I respectfully request a 30-day extension for completion of reporter's record,
being that the record has just been paid for by Mr. Croman.
    Please let me know if I can be of further assistance.

                                   Sincerely,

                                   Joie Rivera
                                   Official Court Reporter
                                   255th District Family Court
                                   214-653-6520
                                   Joie.A.Rivera@dallascounty.org